

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.: 15-17598 RAM
                                CHAPTER 13
MICHAEL PUJOL     BETSY SALAZAR
SS: XXX-XX-8914 SS: XXX-XX-1678
DEBTOR            JOINT DEBTOR

## SCOTT ARTHUR HUME, III PERSONAL REPRESENTATIVE OF THE MADELINE C. BALL ESTATE, DECEASED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Any interested party who fails to file and serve a written response to this Motion within 15 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1 (C), be deemed to have consented to the entry of an order granting relief requested in this motion.

COMES NOW, SCOTT ARTHUR HUME, III, PERSONAL REPRESENTATIVE OF THE ESTATE OF MADELINE C. BALL, DECEASED, by and through his undersigned attorney and files this his Motion for Relief from the Automatic Stay, and for reasons therefore, states as follows:

1. The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001 (a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.
2. The debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code, April 27, 2015.
3. Petitioner has prepared a Quiet Title Action against debtor MICHAEL PUJOL, copy of proposed petition attached hereto.
4. Petitioner holds title to property legally described as:
   *Lot 5, Block 4 of FULFORD HOMES subdivision according to the plat thereof, recorded in Plat Book 55, at Page 55 of the Public Records of Dade County, Florida*
   a/k/a 1820 NE 159 Street, N. Miami Beach, FL 33162 by virtue of the attached Warranty Deed recorded December 11, 1953 in Deed Book 3853, Page 452.

5. That Debtor, MICHAEL PUJOL, has created a cloud on title by recording the attached purportedly forged Quit Claim Deed; executed November 18, 2013 yet recorded December 17, 2014, months after the deaths of both the purported grantor and the attorney who prepared the document. The notary has yet to be located.

6. By information and belief the Debtor MICHAEL PUJOL is one and the same as the grantee, Michael A. Pujol, per the attached skip trace search performed.

7. Petitioner maintains that cause exists pursuant to 11 U.S.C. § 362(d) (1) for the automatic stay to be lifted.

8. Pursuant to 11 U.S.C. § 362 (e), Petitioner hereby requests that in the event a hearing is necessary, that said hearing be held within thirty (30) days.

9. Petitioner requests this Court waive the ten (10) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3), so the Petitioner can pursue its *in rem* remedies without further delay.

10. Pursuant to FRBP 4001, a copy o f the proposed order is attached hereto.

WHEREFORE, Petitioner respectfully requests that the automatic stay be lifted so that Petitioner may be permitted to proceed to Quiet Title Action outside of the bankruptcy forum, and the ten (10) day stay if the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) be waived , and that in the event a hearing is necessary, that said hearing be held within thirty (30) days, and for such other relief as the Court may deem just and proper.

I HEREBY CERTIFY that a true and correct copy of the Motion for Relief from Stay was delivered to the addressees on the mailing list on May _62015 and the original was delivered to the Clerk of the Court.

RAY STRAUSS, P.A.
17270 NE 19 Avenue
N. Miami Beach, FL, 33162
305.940.7711 305.948.4800
raystraus@bellsouth.net

RAY STRAUSS,P.A
FBN NO: 98098

MAILING LIST

Aubrey Rudd, Esq
2100 Coral Way, #602
Miami, FL 33145
ruddlawgroup@gmail.com

Nancy K. Neidich, Trustee
PO Box 279806
Miramar, FL 33027
E2c8f01@ch13herkert.com

OFFICE OF THE US TRUSTEE
51 SW 1 Avenue, #1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION
SCOTT ARTHUR HUME, III                    CASE NO.:
PERSONAL REPRESENTATIVE OF THE
ESTATE OF MADELINE C. BALL, DECEASED

      Plaintiff,

vs.

MICHAEL A. PUJOL,

      Defendant(s),

-----------------------------------------------------/

## COMPLAINT TO QUIET TITLE

Plaintiff, SCOTT ARTHUR HUME, III PERSONAL REPRESENTATIVE OF

THE ESTATE OF MADELINE C. BALL, DECEASED, sues Defendant MICHAEL A.

PUJOL, and for reasons therefore state as follows:

1. This is an action to Quiet Title on real property in Miami-Dade County,

   Florida.

2. On November 13, 1953, MADELINE BALL, acquired the following legally

   described property in Miami-Dade County, Florida:

*Lot 5, Block 4 of FULFORD HOMES subdivision according to the plat thereof,*

*recorded in Plat Book 55, at Page 55, of the Public Records of Dade County,*

*Florida*.

   by Warranty Deed recorded December 11, 1953 in Deed Book 3853, Page

   452. Attached hereto as Exhibit 'A'.

3. That SCOTT ARTHUR HUME, III PERSONAL REPRESENTATIVE OF

   TH ESTATE OF MADELINE C. BALL, DECEASED, did obtain an Order

Determining Homestead Status of Real Property dated January 5, 2015, recorded January 5, 2015 in Official Records Book 29452, Page 4406 and attached hereto as Exhibit 'B'.

4. That the Plaintiff is the owner in fee of the land in question and is therefore a proper party to bring the action.

5. That Plaintiff brings this action pursuant to Florida Statute 65.021 **Real estate; removing clouds.**, Florida Statute 65.031 **Real estate; removing clouds; plaintiffs.** and Florida Statute 65.061 **Quieting title; additional remedy....**

6. That Defendant, MICHAEL A. PUJOL, may claim some right, title and interest in the subject property by virtue of Quit Claim Deed dated November 18, 2013, recorded December 17, 2014 in Official Records Book 29433, Page 2160 of the Public Records of Miami-Dade County, Florida, attached hereto as Exhibit 'C'. That the interest of this Defendant is subordinate to and inferior to that of the Plaintiff herein.

7. That the aforementioned Quit Claim Deed appears to be a forgery. Attached hereto as composite Exhibit 'D' are samples of Madeline C. Ball's signature, known to be authentic, as well as her driver's license.

8. That while Madeline C. Ball was in fact alive at the time the Quit Claim Deed was purportedly executed, she was very much deceased when it was recorded exactly one year latter; as was the attorney who purportedly prepared it and the notary public, Martha Luis, cannot be located.

9. That the surviving relatives of Madeline C. Ball; grandson Scott Arthur

Hume, III and sister Betty Stirr are not familiar with a relationship with the

Defendant, MICHAEL A. PUJOL, of any kind and not one that would warrant

the gift, free and clear, of her home.

WHEREFORE, Plaintiff demands Judgment Quieting Title to the subject property free
and clear from any claims of the Defendant herein and the Court grant such other relief
incurred in filing this action as it may deem just and proper including but not limited to
attorney fees and court costs.

RAY STRAUSS, P.A.
Attorney for Plaintiff
17270 N.E. 19th Avenue
North Miami Beach, FL. 33162
(305) 940-7711 (305) 948-48
raystraus@bellsouth.net
By: _____
RAY STRAUSS FBN: 98098

WARRANTY DEED

# This Indenture.

**Made this** 13th **day of** November **A. D.** 1953

**Between** CARL J. RAWLS , and
ELIZABETH M. RAWLS, HIS wife

of the County of Dade and State of Florida
part ies of the first part, and

MADELINE BALL, a single woman
1820 NE 159th Street, North Miami Beach
of the County of Dade and State of Florida
part y of the second part,

**Witnesseth,** that the said part ies of the first part, for and in consideration of
the sum of Ten Dollars and Other Good and Valuable Consideration Dollars,
to them in hand paid, the receipt whereof is hereby acknowledged, have
granted, bargained, sold and transferred, and by these presents do grant, bargain, sell and
transfer unto the said part y of the second part and her heirs and assigns forever,
all that certain parcel of land lying and being in the County of Dade , and
State of Florida, more particularly described as follows:

Lot 4, Block 4 of FULFORD HOMES
subdivision according to the
plat thereof, recorded in Plat
Book 55, at Page 55, of the
Public Records of Dade County,
Florida,

Together with:
All improvements found thereon and affixed thereto.
All rights, privileges and appurtenances in anywise appertaining.

Subject to:
A first mortgage now in the principal amount of $6,438.94 held
by First Federal Savings and Loan Association of Miami, Florida; A
second mortgage in the principal amount of $1700.00 now held by
Olga M. Toppa as assignee; also an F.H.A. home improvement mortgage
in principal amount of $398.52 now held by First National Bank of
Miami, Florida; all of which mortgages and the notes which they secure
grantee herein assumes and agrees to pay all three mortgages from this
date forth according to the terms and tenor thereof.
Zoning restrictions, limitations, easements and use restrictions
of record and common to the neighborhood.
Taxes for the year 1954 and subsequent years.

**Together** with all the tenements, hereditaments and appurtenances, with every privilege,
right, title, interest and estate, dower and right of dower, reversion, remainder and easement
thereto belonging or in anywise appertaining:

**To Have and To Hold** the same in fee simple forever.
And the said part ies of the first part do covenant with the said part y of the second
part that they are lawfully seized of the said premises, that they are free from all incum-
brances and that they have a right and lawful authority to sell the same; and the said
part ies of the first part do hereby fully warrant the title to said land, and will defend
the same against the lawful claims of all persons whomsoever.

**In Witness Whereof,** the said part ies of the first part have hereunto
set their hand s and seal s the day and year above written.

Signed, Sealed and Delivered in our Presence:

_____                Carl J. Rawls _____(SEAL)

_____              x Elizabeth M. Rawls _(SEAL)

                                                                _____(SEAL)

                                                                _____(SEAL)

State of Florida

County of Dade

**I Hereby Certify** That on this 13th day of November
A.D. 1953, before me personally appeared CARL J. RAWLS, and
ELIZABETH M. RAWLS, his wife

to me known to be the person s described in and who executed the foregoing conveyance to
MADELINE BALL, a single woman

the execution thereof to be their free and deed for the uses and purposes therein men-
tioned; and the said ELIZABETH M. RAWLS the wife of the said
CARL J. RAWLS on a separate
and private examination taken and made by and before me, and separately and apart from her
said husband, did acknowledge that she made herself a party to the said Deed of Conveyance for
the purpose of renouncing, relinquishing and conveying all her right, title and interest, whether
of dower or of separate property, statutory or equitable, in and to the lands therein described,
and that she executed said deed freely and voluntarily, and without any constraint, fear, ap-
prehension or compulsion of or from her said husband.

**Witness** my signature and official seal at North Miami Beach
in the County of Dade and State of Florida, the day and
year last aforesaid.

My Commission Expires_____

John W. East
Notary Public

Notary Public State of Florida at Large
My Commission expires Jan. 10, 1956
Bonded by American Fire & Casualty Co.

---

*[Right side, rotated text — deed docket/abstract]*

STATE OF FLORIDA,
County of DADE

On this 11 day of
A.D. 1953, at          o'clock        m., this instru-
ment was filed for record, and being duly re-
corded and proven, I have recorded
the same on pages 35-2 of Book 2735
in the public records of said County.
IN WITNESS WHEREOF, I have here-
unto set my hand and affixed the seal of the
Circuit Court of the 11th
Judicial Circuit of said State, in and for said
County.

E. B. LEATHERMAN
Clerk

by_____ D.C.

**Warranty Deed**

ABSTRACT OF DESCRIPTION

TO

FILED FOR RECORD
1953 DEC 11 PM
E. B. LEATHERMAN
CLERK CIR. DADE CO. FLA.

CFN: 20150004470 BOOK 29452 PAGE 4406
DATE:01/05/2015  03:17:01 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

PROBATE DIVISION
FILE NO: 14-2647

IN RE: ESTATE OF                         DIV: CP-03
MADELINE C. BALL
                        Deceased,
_____

## ORDER DETERMINING HOMESTEAD STATUS OF REAL PROPERTY

THIS CAUSE coming on to be heard upon the Petition Determining Homestead Status of

Real Property of **SCOTT ARTHUR HUME,III**, Personal Representative of the Estate of

**MADELINE C. BALL**, deceased, for an Order Determining the homestead of the above

decedent, the Court having reviewed the Petition and finding that the decedent was domiciled in

Miami-Dade County, Florida at the time of death, and that the decedent was survived solely by

her grandson, **SCOTT ARTHUR HUME, III**, and that at the time of decedent's death, she

owned certain real property as her residence, it is:

ORDER and ADJUDGED that the following described property:

*Lot 5, Block 4, FULFORD HOMES, according to the plat thereof as recorded in Plat Book 55, Page 55, Public Records of Miami-Dade County, Florida*

*a/k/a* **1820 NE 159 Street, N. Miami Beach, FL 33162**

constituted the homestead of the above decedent which therefore descended to **SCOTT**

**ARTHUR HUME, III.**

DONE and ORDERED in Chambers at Miami, Miami-Dade County, Florida,

This ⊃ day of January, 2015

CIRCUIT JUDGE: MARIA KORVICK

Exhibit 'B'

CFN 2014R0863865
OR Bk 29433 Pgs 2160 - 2161; (2pgs)
RECORDED 12/17/2014 15:46:49
DEED DOC TAX 0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

**This document prepared by**

**and returned to :**

Francisco Osvaldo Loriga , Esq.

6482 S.W. 39 ST

Miami , Fl 33155

## QUIT CLAIM DEED

**On November 18 , 2013 The Grantor(S) ,**

    Madeline Ball , a sinlge person

For and in consideration of ten dollar (10.00) and/or other good and valuable consideration conveys , releases and quit claims to the Grantee(S):

    Michael A. Pujol , A single person, residing at 1820 N.E. 159 ST North Miami Beach , Miami-Dade  County , Florida 33162

Legal Description:  FULFORD HOMES PB 55-55 LOT 5 BLK 4 LOT SIZE 60.000 X 105

Grantor does hereby convey, releases and quit claim all of the Grantor's rights, title , and interest in and to the above described property and premises to the Grantee(s), and to the Grantee(s) heirs and assigns forever, so that neither Grantor(s) nor Grantor's heirs , legal representaives or assigns shall have , claim or demand and right or title to the property, premises , or appurtenances, or any part thereof.

Tax Folio Number : 07-2216-017-0760

Exhibit 'C'

OR BK 29433 PG 2161
LAST PAGE

**Grantor Signature(s)**

Dated : _11/18/2013_

_Madeline Ball_

Madeline Ball

1820 N.E. 159 ST

NORTH MIAMI BEACH , FL 33162


In witness whereof,

_Steven Mckay_                              _Sandra Smith_

Steven Mckay                                Sandra Smith

STATE OF FLORIDA , COUNTY OF MIAMI-DADE, ss:

The foregorgoing instrument was acknowledged before me this _18_ day of
_11_ _2013_ by Madeline Ball , who is personally known to me or who has
produced a _D.d._ as identification.


_Signature of Notary_

Signature of Notary

MARTHA LUIS,
Notary Public - State of Florida
My Comm. Expires Jul 13, 2015
Commission # EE 76597
Name Typed, printed, or stamped Through National Notary Assn.

My Commission Expires: _7/13/15_

01/12/2015  13:06     951-769-7166

POSTAL ANNEX 98

PAGE  02/03

Page 3 of 3
34/B15/0175/0 /34
0601003073701
11/22/2013

# Account
# Statement



Ck # 2716        11/05       $100.00

Ck # 2718        10/28       $100.00

Ck # 2719        11/18       $100.00

Ck # 2720        11/20       $100.00



LAST  WILL  AND  TESTAMENT

OF

MADELINE  C.  BALL

I,  MADELINE  C.  BALL,  residing in the County of Miami-Dade,  State of  Florida, being of sound and disposing mind, memory and understanding, do make, publish and declare this to be my Last Will And Testament, hereby revoking any and all other Wills and Codicils thereto by me at any time heretofore made.

FIRST:                    I hereby direct that all my just debts, funeral and testamentary expenses then due be paid  as soon as practicable after my demise by my Personal Representative, hereinafter named.

SECOND:                    All the rest, residue and remainder of my estate, whether real,  personal or mixed, of  whatsoever kind, character or description, and wheresoever situate, of which I may die seized or possessed, or to which I may have the  power of disposition by Will,  I hereby give, devise and bequeath to my beloved grandson,  SCOTT  ARTHUR  HUME, 111.

THIRD:                    In the event,  SCOTT  ARTHUR  HUME, 111, fails to survive me, then, in that event, his bequest shall lapse in favor of the following:

1. The sum of  Ten Thousand and 00/100 ($10,000.00) Dollars  to my sister, BETTY STERR.   If BETTY STERR  fails  to survive me, her bequest shall lapse.

2. The rest,  residue and remainder of my estate, to my niece,  PAT GRIGGS, per stirpes.

MADELINE  C.  BALL

FOURTH:                    I hereby nominate, constitute and appoint my

grandson, SCOTT ARTHUR HUME, 111, as Personal Representative of this my

Last Will And Testament. In the event SCOTT ARTHUR HUME, 111, shall be

unable or unwilling to act as such Personal Representative for any reason whatsoever,

I then nominate, constitute and appoint my niece, PAT GRIGGS, as Successor

Personal Representative, and direct that neither SCOTT ARTHUR HUME, 111, nor

PAT GRIGGS,   shall give bond for the faithful  performance of their duties hereunder.

FIFTH:                    I hereby empower my grandson,  SCOTT

ARTHUR HUME, 111, Personal Representative hereunder, or PAT GRIGGS,

Successor  Personal Representative, as the case may be, in their discretion, from time

to time and without Order of Court, to sell all or any part of the estate, whether real

or personal, of which I may die seized or possessed, or to which I may be entitled at

my death, at either public or private sale, for cash or partly cash and partly credit, and

upon such terms as they shall deem advisable. Such power of sale shall be general

and shall not be restricted to purposes related to the administration of my estate.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal

this 22 day of December     , 2006.

MADELINE C. BALL - Testatrix

SIGNED, SEALED, PUBLISHED and DECLARED by the Testatrix,

MADELINE C. BALL, as and for her Last Will And Testament, in the presence of us,

who, at her request, in her presence, and in the presence of each other have hereunto

Page 2 of 4 pages

subscribed our names as witnesses.

_____ residing at _17270 NE 19th ter_
_N. M, B Fla 33162_

_____ residing at _1300 NE 191 Street_
_Miami FL 33179_

MADELINE C. BALL

Page 3 of 4 pages

AFFIDAVIT

STATE OF FLORIDA          )
COUNTY OF MIAMI-DADE  )  SS.:

I,      MADELINE C. BALL, Ray Strauss          and  Andrea Platt

the Testatrix and the witnesses, respectively, whose names are signed to the

attached or foregoing instrument, having been sworn, declared to the undersigned

that the Testatrix, in the presence of witnesses, signed the instrument as her

Last Will and Testament and that each of the witnesses, in the presence of the

Testatrix and in the presence of each other, signed the Will as a witness.

MADELINE C. BALL    - Testatrix

- Witness

- Witness

        SUBSCRIBED and SWORN to before me by  MADELINE C. BALL,  the
Testatrix, who is personally known ( ) or produced _____Florida Driver License_____
as identification, and ___Ray Strauss_____, a witness, who is personally known (✓) or
produced _____ as identification and ___Andrea Platt_____, a witness,
who is personally known (✓) or produced _____ as identification,
on this 22 day of December , 2006.

_Ruth A Bhoorasingh_
NOTARY PUBLIC                    My commission expires:
State of Florida, At Large



RUTH A. BHOORASINGH
MY COMMISSION # DD 515032
EXPIRES: March 22, 2010
Bonded Thru Notary Public Underwriters

Page 4 of 4 pages



WARRANTY DEED

# This Indenture.

Made this          13th          day of          November          A. D. 1953

Between CARL J. RAWLS , and
ELIZABETH M. RAWLS, HIS wife

of the County of    Dade          and State of    Florida
part ies    of the first part, and

MADELINE BALL, a single woman
1820 NE 159th Street, North Miami Beach
of the County of    Dade          and State of    Florida
part y    of the second part,

Witnesseth,          that the said part ies of the first part, for and in consideration of
the sum of Ten Dollars and Other Good and Valuable Considerations Dollars,
to   them   in hand paid, the receipt whereof is hereby acknowledged, have
granted, bargained, sold and transferred, and by these presents do    grant, bargain, sell and
transfer unto the said part y of the second part and   her   heirs and assigns forever,
all that certain parcel of land lying and being in the County of   Dade          , and
State of Florida, more particularly described as follows:

Lot 5, Block 4 of FULFORD HOMES
subdivision according to the
plat thereof, recorded in Plat
Book 55, at Page 55, of the
Public Records of Dade County,
Florida,

Together with:
All improvements found thereon and affixed thereto,
All rights, privileges and appurtenances in anywise appertaining.

Subject to:
A first mortgage now in the principal amount of $6,438.94 held
by First Federal Savings and Loan Association of Miami, Florida; A
second mortgage in the principal amount of $1700.00 now held by
Olga M. Toppa as assignee; also an F.H.A. home improvement mortgage
in principal amount of $398.52 now held by First National Bank of
Miami, Florida; all of which mortgages and the notes which they secure
grantee herein assumes and agrees to pay all three mortgages from this
date forth according to the terms and tenor thereof.
Zoning restrictions, limitations, easements and use restrictions
of record and common to the neighborhood.
Taxes for the year 1954 and subsequent years.

Together   with all the tenaments, hereditaments and appurtenances, with every privilege,
right, title, interest and estate, dower and right of dower, reversion, remainder and easement
thereto belonging or in anywise appertaining:

To Have and To Hold the same in fee simple forever.
And the said part ies of the first part do   covenant with the said part y   of the second
part that they are   lawfull  seized of the said premises, that they are free from all incum-
brances and that they have   d right and lawful authority to sell the same; and the said
part ies of the first part do   hereby fully warrant the title to said land, and will defend
the same against the lawful claims of all persons whomsoever.

In Witness Whereof, the said part ies   of the first part have   hereunto
set   their   hand s and seal s the day and year above written.

Signed, sealed and Delivered in our Presence:

_____          Carl J. Rawls          .(SEAL)
_____          Elizabeth M. Rawls      .(SEAL)
                                                    .(SEAL)
                                                    .(SEAL)

State of Florida

County of Dade

**I Hereby Certify** That on this 13th day of November A.D. 1953, before me personally appeared CARL J. RAWLS, and ELIZABETH M. RAWLS, his wife,

to me known to be the person s described in and who executed the foregoing conveyance to MADELINE BALL, a single woman

and severally acknowledged the execution thereof to be their free act and deed for the uses and purposes therein mentioned; and the said ELIZABETH M. RAWLS the wife of the said CARL J. RAWLS on a separate and private examination taken and made by and before me, and separately and apart from her said husband, did acknowledge that she made herself a party to the said Deed of Conveyance for the purpose of renouncing, relinquishing and conveying all her right, title and interest, whether of dower or of separate property, statutory or equitable, in and to the lands therein described, and that she executed said deed freely and voluntarily, and without any constraint, fear, apprehension or compulsion of or from her said husband.

**Witness** my signature and official seal at North Miami Beach in the County of Dade and State of Florida, the day and year last aforesaid.

My Commission Expires_____

John W. East
Notary Public
Notary Public State of Florida at Large
My Commission expires Jan. 10, 1956

STATE OF FLORIDA,
County of DADE

On this 11 day of A.D. 1953, at o'clock m. this instrument was filed for record, and being duly recorded and proven, I have recorded the same on page 52—1 of Book 3755 in the public records of said County.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Circuit Court of the Judicial Circuit of said State, in and for said County.

E. B. LEATHERMAN Clerk
D. C.

ABSTRACT OF DESCRIPTION

TO

Warranty Deed

DEC 11 M 14

FILED FOR RECORD

E. B. LEATHERMAN

CFN 2014R0863865
OR Bk 29433 Pgs 2160 - 2161; (2pgs)
RECORDED 12/17/2014 15:46:49
DEED DOC TAX 0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

**This document prepared by**

**and returned to :**

Francisco Osvaldo Loriga , Esq.

6482 S.W. 39 ST

Miami , Fl 33155

## QUIT CLAIM DEED

**On November 18 , 2013 The Grantor(S) ,**

      Madeline Ball , a sinlge person

For and in consideration of ten dollar (10.00) and/or other good and valuable consideration conveys , releases and quit claims to the Grantee(S):

      **Michael A. Pujol , A single person**, residing at 1820 N.E. 159 ST North Miami Beach , Miami-Dade County , Florida 33162

Legal Description: FULFORD HOMES PB 55-55 LOT 5 BLK 4 LOT SIZE 60.000 X 105

Grantor does hereby convey, releases and quit claim all of the Grantor's rights, title , and interest in and to the above described property and premises to the Grantee(s), and to the Grantee(s) heirs and assigns forever, so that neither Grantor(s) nor Grantor's heirs , legal representaives or assigns shall have , claim or demand and right or title to the property, premises , or appurtenances, or any part thereof.

  Tax Folio Number : 07-2216-017-0760

**Grantor Signature(s)**

Dated : _11/18/2013_

_Madeline Ball_

Madeline Ball

1820 N.E. 159 ST

NORTH MIAMI BEACH , FL 33162

In witness whereof,

_Steven Mckay_                    _Sandra Smith_

Steven Mckay                          Sandra Smith

STATE OF FLORIDA , COUNTY OF MIAMI-DADE, ss:

The foregorgoing instrument was acknowledged before me this _18_ day of
_11_ _2013_ by Madeline Ball , who is personally known to me or who has
produced a _D.L._ as identification.

_Signature_

Signature of Notary

MARTHA LUIS
Notary Public - State of Florida
My Comm. Expires Jul 13, 2015
Commission # EE 76597
Bonded Through National Notary Assn.

Name Typed, printed, or stamped

My Commission Expires: _7/13/15_

**Utilities Information**
> **Name:** BLUNNIE, MICHAEL
> **Address:** 1820 NE 159TH ST
> NORTH MIAMI BEACH, FL 33162-5748
> **Connect Date:** 01/01/2013
> **Record Date:** 02/08/2013

# I show him on the property, though, a quit claim.

**Buyer Information**
> **Original Name:** PUJOL , MICHAEL A (SINGLE PERSON)
> **Standardized Name:** PUJOL, MICHAEL A
> **Original Address:** 1820 NE 159TH ST
> NORTH MIAMI BEACH, FL 33162
> **Standardized** 1820 NE 159TH ST
> **Address:** NORTH MIAMI BEACH, FL 33162-5748
> MIAMI-DADE COUNTY

**Seller Information**
> **Original Name:** BALL , MADELINE (SINGLE PERSON)
> **Standardized Name:** BALL, MADELINE
> **Original Address:** 1820 NE 159TH ST
> NORTH MIAMI BEACH, FL 33162
> **Standardized** 1820 NE 159TH ST
> **Address:** NORTH MIAMI BEACH, FL 33162-5748
> MIAMI-DADE COUNTY

**Property Information**
> **Original Property** 1820 NE 159 ST
> **Address:** NORTH MIAMI BEACH, FL 33162-5748
> **Standardized** 1820 NE 159TH ST
> **Property Address:** NORTH MIAMI BEACH, FL 33162-5748
> MIAMI-DADE COUNTY
> **Data Source:** B

**Legal Information**
> **Assessor's Parcel**
> **Number:** 07-2216-017-0760
> **Recording Date:** 12/17/2014
> **Contract Date:** 11/18/2013
> **Document Number:** 2014R0863865
> **Document Type:** QUIT CLAIM DEED
> **Book/Page:** 29433/2160
> **Legal Description:** LOT NUMBER: 5; SUBDIVISION: FULFORD HOMES; BLOCK: 4; MAP: MB55-55
> **Lot Size:** 60.000X105

**Mortgage Information**
> **Mortgage Type:** PURCHASE MONEY
> **Loan Type:** THIS CODE IS USED ONLY FOR BKFS LEGACY
> **Title Company:** ATTORNEY

**MICHAEL ANTHONY PUJOL, 36 Years Old (San Diego County, CA, Miami-Dade County, FL)          54 SW 15TH TER,   HOMESTEAD, FL**
**33030-6686 (MIAMI-DADE COUNTY) (07/08/2005 to 04/07/2015)**

**MICHAEL ANTHONY PUJOL**
**(12/23/1994 to 01/07/2015)**

Other Observed Names
**A P MICHAEL (06/01/2002 to 12/01/2007)**

SSN: **589-70-xxxx**
Issued: **FLORIDA 1988**

**Date of Birth**
DOB: **07/XX/1978**
Age: **36**

Dates at Searched Location:
**07/08/2005 to 04/07/2015**

FL Driver's License Detail:
**P240-541-78-249-0**
**MICHAEL ANTHONY PUJOL**
**54 SW 15TH TER,   HOMESTEAD,**
**FL 33030-6686 (MIAMI-DADE**
**COUNTY)**
DOB: **07/1978**
Issued: **07/27/2011**
First Issued: **12/23/1994**
Expiration: **07/09/2019**
Race: **Hispanic** Gender: **Male** Height:
**5'11"**

**Professional License**
**MICHAEL PUJOL**
**54 SW 15TH TER,   HOMESTEAD,**
**FL 33030-6686 (Miami-Dade**
**COUNTY)**
**STATEWIDE FIREARM LICENSES**
**Florida G 2805462**
Expiration: **09/24/2010**

**Possible Relatives**
**Alexander Antonio Pujol 06/1982**
Age: **32**
**Alina C Pujol 05/1968** Age: **47**
**Arleny Pujol 11/1978** Age: **36**
**Carlos Alberto Pujol 07/1967** Age: **47**
**Lazaro Pujol 11/1971** Age: **43**
**Mayra M Pujol 05/1953** Age: **62**
**Miriam M Pujol 01/1948** Age: **67**
**Raul Lazaro Pujol 12/1953** Age: **61**
**Victor L Pujol 03/1944** Age: **71**
**Janet Pujol-Pijuan 08/1979** Age: **35**
**Betsy Salazar-Pujol 10/1979** Age: **35**

**Indicators**
Bankruptcies: **3 Found, Latest in 2015**
Liens: **None Found**
Judgments: **2 Found, Latest in 2010**

**Cities**
Vista, CA
Homestead, FL (09/1999 to 01/07/2015)
Miami, FL (12/23/1994 to 01/2015)

**Possible Other Phones**
**(305) 647-8608** (ET) (Mobile)(99%)
**(305) 244-0254** (ET) (Mobile)(98%)
**(305) 260-9427** (ET) (LandLine)(52%)
**(305) 261-3556** (ET) (LandLine)(11%)
(866) 274-6438(0%)
(877) 372-7990(0%)

**Counties**
San Diego County, CA
Miami-Dade County, FL (12/23/1994 to 01/07/2015)

**Possible Emails**
arcangel123@aol.com
skyracer4557@aol.com
arcangel123@cox.net
arcangel126@hotmail.com

**MICHAEL PUJOL**
**54 SW 15TH TER,  HOMESTEAD,**
**FL 33030-6686 (Miami-Dade**
**COUNTY)**
**SECURITY OFFICERS**
**Florida D 2818379**
Expiration: **06/19/2012**

**Possible Photos - 90%**





**Address History (5)**
**54 SW 15TH TER,  HOMESTEAD, FL 33030-6686 (MIAMI-DADE COUNTY)** (07/08/2005 to 04/07/2015)
Subdivision Name: **MOWRY VILLAS**

**8020 SW 37TH TER,  MIAMI, FL 33155-3457 (MIAMI-DADE COUNTY)** (12/23/1994 to 04/2015)
Subdivision Name: **BAKER MANOR**

**19877 SW 122ND CT,  MIAMI, FL 33177-4944 (MIAMI-DADE COUNTY)** (07/1996 to 01/2008)
Subdivision Name: **OAK PARK ESTATES**

**9271 SW 38TH ST,  MIAMI, FL 33165-4143 (MIAMI-DADE COUNTY)** (03/1999 to 01/22/2007)
Subdivision Name: **CENTRAL HEIGHTS**

**320 POMELO DR APT 43,  VISTA, CA 92081-6471 (SAN DIEGO COUNTY)**
Address contains: 1 office, **220** apartments
   **2** Current Commercial Phones
   **21** Current Private Phones
   Current Commercial Phones at address
   **(855) 973-4910 - SUNSET SPRINGS**
   **(760) 945-3500(PT) - SUNSET SPRINGS OFFICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
IN RE:                              CASE NO.: 15-17598 RAM
                                    CHAPTER 13

MICHAEL PUJOL   BETSY SALAZAR
SS  XXX-XX-8914 SS XXX-XX-1678
DEBTOR          JOINT DEBTOR

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF OF STAY

BEFORE ME, the undersigned authority personally appeared, SCOTT
ARTHUR HUME, III, PERSONAL REPRESENTATIVE OF TH E
ESTATE OF MADELINE C. BALL, DECEASED, (hereinafter 'Affiant')
who, being first duly sworn deposes and says:

*AKA Scotture* [handwritten annotation in left margin]

1. I am making this Affidavit in connection with and in support of the
   Motion for Relief from Stay filed in this Action by SCOTT ARTHUR
   HUME, III, PERSONAL REPRESENTATIVE OF TH E ESTATE
   OF MADELINE C. BALL, DECEASED;

2. The Petitioner is SCOTT ARTHUR HUME, III, PERSONAL
   REPRESENTATIVE OF TH E ESTATE OF MADELINE C. BALL,
   DECEASED, copy of Letters of Administration attached hereto;

3. Petitioner holds interest in real property, located at 1820 NE 159
   Street, N. Miami Beach, FL 33162, by virtue of Warranty Deed
   recorded December 11, 1953 in Deed Book 3853, Page 452, legally
   described as:

*Lot 5, Block 4 of FULFORD HOMES subdivision according to the plat
thereof, recorded in Plat Book 55, at Page 55 of the Public Records of
Dade County, Florida*

4. By information and belief the Debtor, MICHAEL PUJOL, has
   created a cloud on title with a purportedly forged Quit Claim
   Deed recorded December 17, 2014 in Official Records Book
   29433, Page 2161 requiring Petition to file an action to quiet
   title to the subject property;

5. Petitioner maintains that cause exists pursuant to 11 U.S.C. §

362(d) (1) for the automatic stay to be lifted.

Under penalties of perjury, I/we declare that I/we have examined this
certification and to the best of my/our knowledge and belief it is true, correct
and complete.

FURTHER AFFIANT SAYETH NOT.

SCOTT ARTHUR HUME, III
Personal Representative of the
Estate of Madeline C. Ball

AKA
Scot Hume

PROVINCE OF BRITISH COLUMBIA)
COUNTRY OF CANADA        )

BEFORE ME, the undersigned authority, personally SCOTT
ARTHUR HUME, III , known to me _____ produced
*British Columbia Drivers Lisence* as identification to be the persons whose
names are subscribed to the foregoing instrument and acknowledged to me
that they executed the same.

WITNESS my hand and official seal this _____ day of May, 2015.

NOTARY PUBLIC
SANJEEV S. RAI
Barrister & Solicitor
#201-9200 120th St.
Surrey, B.C., Canada, V3V 4B7
(T) 604-583-8353 (F) 604-583-8373

I HEREBY CERTIFY that a true and correct copy of the Affidavit in Support of Motion for Relief from Stay was delivered to the addressees on the mailing list

RAY STRAUSS, P.A.
17270 NE 19 Avenue
N. Miami Beach, FL, 33162
305.940.7711 305.948.4800
raystraus@bellsouth.net

RAY STRAUSS, PA 98098

MAILING LIST

Aubrey Rudd, Esq
2100 Coral Way, #602
Miami, FL 33145
ruddlawgroup@gmail.com

Nancy K. Neidich, Trustee
PO Box 279806
Miramar, FL 33027
E2c8f01@ch13herkert.com

OFFICE OF THE US TRUSTEE
51 SW 1 Avenue, #1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.: 15-17598 RAM
                                CHAPTER 13
MICHAEL PUJOL    BETSY SALAZAR
SS: XXX-XX-8914  XXX-XX-1678
DEBTOR           JOINT DEBTOR

ORDER GRANTING SCOTT ARTHUR HUME, III MOTION FOR
RELIEF FROM AUTOMATIC STAY.

THIS CASE, came before the Court on the Motion for Relief from
Automatic Stay filed by SCOTT ARTHUR HUME, III  May __, 2015 and
the Court being otherwise more fully advised in the premises, it is:

ORDERED:

1. Petitioner's Motion for Relief form Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect
   to cloud on title created by purportedly forged Quit Claim Deed
   recorded on real property located at 1820 NE 159 Street, N. Miami
   Beach, FL 33162, legally described as:

   ***Lot 5, Block 4 of FULFORD HOMES subdivision according to the
   plat thereof, recorded in Plat Book 55, at Page 55 of the Public
   Records of Dade County, Florida***

3  This Order lifting the automatic stay is entered for the sole purpose of allowing SCOTT ARTHUR HUME, III to pursue his lawful in rem remedies as to the above-described property and said creditor shall not obtain an in personam judgment against the Debtors.

4. The Court waives the 10 days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) so that the Petitioner may pursue its in rem remedies without further delay.

Submitted by:
RAY STRAUSS, P.A.
17270 NE 19 Avenue
N. Miami Beach, FL, 33162
305.940.7711 (telephone)
305.948.4800 (facsimile)
raystraus@bellsouth.net

Ray Strauss, P.A. is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.

Aubrey Rudd, Esq
2100 Coral Way, #602
Miami, FL 33145
ruddlawgroup@gmail.com

Nancy K. Neidich, Trustee        OFFICE OF THE US TRUSTEE
PO Box 279806                    51 SW 1 Avenue, #1204
Miramar, FL 33027                Miami, FL 33130
E2c8f01@ch13herkert.com          USTPRegion21.MM.ECF@usdoj.gov

# RAY STRAUSS, P.A.

ATTORNEY AT LAW

17270 N.E. 19TH AVENUE
NORTH MIAMI BEACH, FLORIDA 33162
305-940-7711          FAX 305-948-4800
E-mail: raystraus@bellsouth.net

May 13, 2015

C Clyde Atkins United States Courthouse
Clerk of Court
301 N. Miami Avenue, Room 150
Miami, Florida 33128

Re: Case No: 15-17598 RAM Chapter 13
MICHAEL PUJOL, debtor

Dear Sir or Madam

I am enclosing Motion for Relief from the Automatic Stay, Affidavit in Support of
Motion for Relief from Stay, proposed Order and my Trust Account Check in the sum of
$176.00.

Please file the pleadings accordingly.

Very truly yours,
RAY STRAUSS, P.A.

By: _____
     RAY STRAUSS

Cc: Scott Arthur Hume, III