**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Michael Pujol     JOINT DEBTOR: Betsy Salazar          CASE NO.: 15-17598
Last Four Digits of SS# 8914         Last Four Digits of SS# 1678

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   36   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 183.34    for months   1  to   36  ;
    B.    $_____ for months _____ to _____ ;
    C.    $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + $1,000.00 (2 MTV)   TOTAL PAID $  1,500.00
                Balance Due $ 3,000.00  payable $ 100.00 /month (Months  1-30 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Puerta Del Sol HOA, Inc.                Regular payment: $65.00/month (Months 1-60)
   c/o Frank Perez-Siam, P.A.
   7001 SW 87th Court
   Miami, FL 33173
   Acc#xxxx2269

2. Bank of America, N.A.                   Current/to be treated outside plan
   c/o Law Offices of Marshall Watson
   1800 NW 49th Street, #120
   Fort Lauderdale, FL 33309
   Acc#xxxxCA21

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Puerta Del Sol HOA, Inc.<br>c/o Frank Perez-Siam, P.A.<br>7001 SW 87th Court<br>Miami, FL 33173<br>Acc#xxxx2269 | Investment Property<br>54 SW 15th Terrace<br>Homestead, FL 33030<br>Value:$45,750.00 | 0.00% | $0.00 | Avoid Lien | $0.00 |
| Metro Miami Action Plan<br>19 West Flagler Street<br>Miami, FL 33130<br>Acc#xxxx9821 | Investment Property<br>54 SW 15th Terrace<br>Homestead, FL 33030<br>Value:$45,750.00 | 0.00% | $0.00 | Avoid Lien | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

Unsecured Creditors:  Pay $ 100.00     /month  (Months  31  to   36  ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Michael Pujol | /s/ Betsy Salazar |
|---|---|
| Debtor | Joint Debtor |
| Date: 6/18/2015 | Date: 6/18/2015 |

LF-31 (rev. 01/08/10)